IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| CLARENCE G. NELSON, JR., and VALORA L. NELSON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WILLIAM E. BITTERS d/b/a UNITED FINANCIAL INFORMAITON SERVICES and ROBERT W. BOLAND, JR., d/b/a UNITED FINANCIAL INFORMATION SERVICES,<br><br>　　　　Defendants. | No. C15-4077-MWB<br><br>ORDER ON PRO HAC VICE MOTION |

Upon unresisted application and pursuant to Administrative Order 1213[1], it is

**ORDERED**

That the Motion to Appear Pro Hac Vice (docket number 4) is granted. Attorney James E. Connor is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter on behalf of Plaintiffs Clarence G. Nelson, Jr., and Valora L. Nelson.

DATED September 28, 2015.

　　　　　　　　　　　　　　　　　　　　ROBERT L. PHELPS, Clerk of Court
　　　　　　　　　　　　　　　　　　　　U.S. District Court Northern District of Iowa

　　　　　　　　　　　　　　　　　　　　By: s/Sarah K. Melvin
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.