# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| CLARENCE G. NELSON, Jr., and VALORA L. NELSON, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM E. BITTERS d/b/a UNITED FINANCIAL INFORMATION SERVICES, <br><br> Defendant. | No. 15-CV-4077-CJW <br><br> **ORDER** |

      This case is before the Court pursuant to plaintiff's unresisted motion for leave to seal the record. (Doc. 51). Specifically, plaintiffs indicate that in a brief plaintiffs filed on January 6, 2017, they "inadvertently included an exhibit with had two items not redacted on page 22 of the Supplemental Appendix." (Doc. 51, ¶ 1). Plaintiffs note that they could now supply a redacted version of that page, or the Court could seal the record. Plaintiffs therefore have requested the Court seal the record.

      The public has an interest in access to business before the courts and pleadings should be sealed only when the privacy or other such interests outweigh the public's interest in access to the courts. Here, a remedy short of sealing the pleadings is readily available. That is, plaintiffs can simply provide a redacted page to the Clerk of Court for substitution for the unredacted page.

      Therefore, the Court **denies** plaintiff's Unresisted Motion for Leave to Seal Record. (Doc. 51). Plaintiffs are instructed to forthwith provide the Clerk of Court

with a redacted version of the page at issue, and the Clerk of Court is instructed to substitute the redacted page for the unredacted page in the court file.

**IT IS SO ORDERED** this 10th day of January, 2017.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa